# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LAKISHA NIOMY WRIGHT,

    Plaintiff,

v.                                        Case No. 3:22-cv-658-MMH-PDB

OKINUS, INC. and EQUIFAX
INFORMATION SERVICES LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 24; Stipulation) filed on October 26, 2022. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of October, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record